UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                              )
                                                    )
OSCAR DEMOND STOVER                                 )        Case #018-50578
                                                    )
    Debtor(s)                                       )

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I/We, the Debtor(s), have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secured those consumer debts is as follows:

    a.    Property to be Surrendered.

| Description of Property | Creditor's Name |
| --- | --- |
| 2008 BMW 750Li | Pentagon Federal Credit Union |
|  | Mariner Finance North Carolina Inc. |

    b.    Property to be Retained.

| Description of Property | Creditor's Name | Intention |
| --- | --- | --- |
| -NONE- |  |  |

3. I understand that Section 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:     05/15/2019         Signed:     /s/ Oscar Demond Stover
                                         Oscar Demond Stover, Debtor